# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| **NORRIS JACKSON,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **5:01-CR-63 (WDO)** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

This matter is before the Court on Petitioner Jackson's motion to obtain free plea and sentencing transcripts so that he may determine the issues he intends to raise on appeal. In his motion, Petitioner fails to describe or elaborate upon the nature of these issues. The statute which addresses furnishing transcripts at government expense, 28 U.S.C. § 753(f), provides in pertinent part that:

> Fees for transcripts furnished in other proceedings to persons permitted to appeal in forma pauperis shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question).

Petitioner's motion is **DENIED** as the undersigned certifies that Petitioner has not demonstrated he has a sufficiently substantial question on appeal meriting the production of transcripts at government expense.

**SO ORDERED this 20th day of March, 2007.**


**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**